IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYAN PATRICK SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN HALVERSON, SARAH L. HYDE, MOLLY ROSE FEHRINGER, OFFICER WOLD, and BPD OFFICER TANNER BEUCHLER,<br><br>Defendants. | CV 20-80-BLG-SPW<br><br>ORDER |

On June 29, 2021, United States Magistrate Judge Cavan entered an order denying Sullivan's motion for protective order. (Doc. 34). Sullivan objects and so the Court will review for clear error. 28 U.S.C. § 636(b)(1)(A).

There is no clear error in Judge Cavan's decision to deny Sullivan's motion. Sullivan seeks to enjoin parties not involved in this case. Sullivan's objection repeats his desire for a protective order to protect a witness "from any further undue improper influence." (Doc. 35 at 1). However, Sullivan still has not provided any factual or legal basis for the issuance of a protective order. Judge Cavan did not err in determining it would be inappropriate to issue a protective order in such situation.

1

Therefore,

IT IS ORDERED that Defendant Ryan Sullivan's Objection is DENIED.

DATED this 6th day of October, 2021.

_____
SUSAN P. WATTERS
United States District Judge