IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYAN PATRICK SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY WOLD,<br><br>Defendant. | CV 20-00080-BLG-SPW-TJC<br><br><br>FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

Plaintiff Ryan Sullivan has filed a "Request [for] Summary and Default Judgment". (Doc. 44.) The request should be denied.

**I.  REQUEST FOR SUMMARY AND DEFAULT JUDGMENT**

Sullivan's request for summary and default judgment is not supported by a brief, nor any of the documents required by L.R. 56.1. (Doc. 44.) It is a one-line request, submitted on November 4, 2021. Thus, the grounds and bases for the motion are entirely unclear and the request for summary judgment is completely unsupported.

The motion is also baseless to the extent it requests the entry of default or default judgment. As demonstrated by the U.S. Marshal's Process Receipt, Defendant Wold was not served until November 16, 2021, after Sullivan's request

1

for the entry of judgment. (Doc. 45.) Wold thereafter timely filed his answer to the complaint on December 3, 2021. (Doc. 47.) No default occurred.

Based upon the foregoing, the Court issues the following:

## RECOMMENDATION

Sullivan's request for default and summary judgment should be DENIED. (Doc. 44.)

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Sullivan may file objections to these Findings and Recommendations within fourteen days after service thereof. 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal. This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed. R. App. P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 6th day of January, 2022.

                                           _/s/ Timothy J. Cavan_
                                           Timothy J. Cavan
                                           United States Magistrate Judge