IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

RYAN PATRICK SULLIVAN,

Plaintiff,

vs.

BRADLEY WOLD,

Defendant.

CV 20-80-BLG-SPW

ORDER ADOPTING
MAGISTRATE'S FINDINGS
AND RECOMMENDATIONS

The United States Magistrate Judge filed Findings and Recommendations on January 6, 2022. (Doc. 49). The Magistrate recommended that Plaintiff Ryan Patrick Sullivan's Request for Summary and Default Judgment should be denied. (Doc. 49 at 1).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 49) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff Sullivan's Request for Default and Summary Judgment (Doc. 44) is DENIED.

DATED this 26th day of January, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge