IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYAN PATRICK SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY WOLD,<br><br>    Defendant. | CV 20-80-BLG-SPW-TJC<br><br>**AMENDED SCHEDULING ORDER** |

  On February 3, 2023, a mediation occurred in this case at the Montana State Prison, and the parties purportedly agreed to resolve the case. On March 9, 2023, however, Plaintiff filed a motion indicating the parties' settlement agreement was unacceptable, and requested the Court issue a new Scheduling Order. (Doc. 110.) On March 23, 2023, the Court held a status conference regarding the settlement. Defense counsel stated Defendant did not intend to move to enforce the settlement. Accordingly, the parties agreed that a new Scheduling Order should be issued.

  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 110) is **GRANTED**. The following amended schedule will govern the disposition of Plaintiff's claims:

  1. Discovery responses shall be served and all discovery completed by **April 24, 2022**. A duty to supplement discovery beyond the deadline may be imposed by Fed.R.Civ.P. 26(e).

2. All pretrial motions with supporting briefs shall be filed and served on or before **May 26, 2023**.

3. If no dispositive motions are filed on or before the motion deadline, defense counsel must assume responsibility for convening a conference of all parties for the purpose of preparing a Proposed Final Pretrial Order. Counsel shall ensure that the parties accomplish all tasks on or before **June 26, 2023**. A Final Pretrial Conference and trial date will then be set by further Order of the Court.

4. At all times during the pendency of this action, Plaintiff must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 (b ).

5. All other provisions of the Court's original Scheduling Order remain in effect. (*See* Doc. 48.)

**IT IS ORDERED.**

DATED this 23rd day of March, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge