APR 10 2023
Clerk, U.S. Courts
District of Montana
Billings Division

4-3-23

Dear Clerk of the Court,

I am writing this letter to inform this Court that I am is the "hole" at MSP which is clear continued retaliation. I will be transported to Yellowstone County Detention Facility before April 17th. I am keeping this Court updated on my address change for cases CV-20-80 and CV-21-60/61. I do not have access to my legal work which is a clear constitutional violation.

Sincerely,
Ryan Sullivan

Ryan Sullivan
700 Conley Lake Rd
Deer Lodge, MT 59722

PRISON

FIRST-CLASS MAIL
04/05/2023
US POSTAGE $000.60⁰

ZIP 59722
041L12204944

RECEIVED
APR 10 2023
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

James F. Battin Courthouse
2601 3rd Avenue North
Billings, MT 59101